# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Michael P. Kenney, | ) | |
| d/b/a Mike O'Dea and Shamrock Films | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:13cv11068 -RGS |
| | ) | |
| Warner Bros. Entertainment Inc., | ) | |
| Langley Park Pictures | ) | |
| Defendant(s). | ) | |

## JUDGMENT

STEARNS, DJ.

In accordance with this Court's Memorandum and Order on Defendants' Motion

to Dismiss entered on November 29, 2013, it is hereby ordered:

Judgment in favor of the Defendants.    Case closed.

SO ORDERED.


RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE



BY:


/s/ Terri Seelye

DATED:  November 29, 2013                    Deputy Clerk